1 MICHAEL E. MITCHELL #240199
MITCHELL LAW GROUP, INC.
2 334 W. Shaw Avenue, Suite A
Fresno, California 93704
3 Telephone:     (559) 222-2424
Facsimile:      (559) 222-2434
4
Attorney for Defendant:
5 **JAMES LOUIS FANUCCHI**

6

7

8 **IN THE UNITED STATES DISTRICT COURT FOR THE**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Citation No.: 6:14-mj-00087-MJS |
| 12             Plaintiff, | ) ) ) | |
| 13       vs. | ) ) | **STIPULATION TO CONTINUE ARRAINMENT DATE FOR DEFENDANT JAMES LOUIS FANUCCHI; PROPOSED ORDER** |
| 14 JAMES LOUIS FANUCCHI , | ) ) | |
| 15             Defendant. | ) ) | |
| 16 | ) ) ) | Date:  August 27, 2014
Time: 10:00 a.m.
Place: Yosemite Court |
| 17 | ) | |

18         The parties, by and through their undersigned attorneys, hereby stipulate as follows:

19         1.      The arraignment hearing for Defendant JAMES LOUIS FANUCCHI presently

20 scheduled for Wednesday August 27, 2014, at 9:00a.m, may be continued until Tuesday,

21 September 30, 2014, at 10:00 a.m. The reason for this continuance is due to the fact that counsel

22 for Defendant is currently in a felony jury trial in Madera County, in Case No. MCR044726.

23 Dated: August 25, 2014           /s/ Michael E. Mitchell_____
                                    Michael E. Mitchell, Attorney for
24                                  Defendant, JAMES LOUIS FANUCCHI

25
Dated: August 25, 2014            /s/ Matthew McNease_____
26                                  Matthew Mcnease/National Park Service

27

28

STIPULATION BY THE PARTIES TO CONTINUE ARRAINGMENT OF JAMES LOUIS FANUCCHI - 1

**ORDER**

IT IS SO ORDERED that the arraignment for Defendant JAMES LOUIS FANUCCHI be continued to Tuesday, September 30, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   August 26, 2014             /s/ *Michael J. Seng*
                                                          UNITED STATES MAGISTRATE JUDGE